FILED
CLERK, U.S. DISTRICT COURT
MAR 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

NOTE CHANGES MADE BY THE COURT.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NINA MORRIS,**<br><br>              Plaintiff,<br><br>    v.<br><br>**CDCR, et al.,**<br><br>              Defendants. | CV 07-05954 JFW (CWx)<br><br>**PROTECTIVE ORDER**<br><br>Judge:  The Honorable<br>           John F. Walter |

    The Court having reviewed the accompanying stipulation and request of the parties for issuance of a protective order pursuant to the Federal Rules of Civil Procedure and Local Rule 79-5.4, finds that good cause appears therefor.

    Discovery responses within the scope of this order designated as for "Attorneys' Eyes Only" (1) will be for "Attorneys' Eyes Only," and will not be disclosed or disseminated to any other persons, parties or entities; (2) will be used solely in conjunction with this case, and no copies shall be made except for submission to the Court or other parties; and (3) at the conclusion of this matter, all copies of documents or other discovery responses shall be destroyed or returned to the California Department of Corrections and Rehabilitation.

    The parties shall have 14 days from the production of documents or items

1  designated "Attorneys' Eyes Only" to object to such designation.  In the event a
2  party objects to the designation "Attorneys' Eyes Only," the party designating
3  shall bear the burden of proof to establish that such documents or items are within ~~the Court's~~ *a further order of court, which may include* in camera review of such
4  the scope of this order, and may seek
5  documents or items before being required to remove such designation.

7  IT IS SO ORDERED.

10 DATED: March 21, 2008

Carla M. Woehrle

**U.S. MAGISTRATE JUDGE**

1
2
3
4
5
6 Respectfully submitted and proposed by:
7
8        EDMUND G. BROWN JR.
         Attorney General of the State of California
9        DAVID S. CHANEY
         Chief Assistant Attorney General
10       FRANCES T. GRUNDER
         Senior Assistant Attorney General
11       RENE L. LUCARIC
         Supervising Deputy Attorney General
12
13                    /s/
14
15       PAUL J. COONY
         Deputy Attorney General
16       Attorneys for Defendants
17
18  50230329.wpd
    SD2007503532
19
20
21
22
23
24
25
26
27
28

# Discovery Requests

2:07-cv-05954-JFW-CW Nina Morris v. The California Department of Corrections and Rehabilitations, Division of Juvenile Justice et al

(CWx), DISCOVERY, MANADR

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Coony, Paul on 3/18/2008 at 3:42 PM PDT and filed on 3/18/2008

**Case Name:** Nina Morris v. The California Department of Corrections and Rehabilitations, Division of Juvenile Justice et al
**Case Number:** 2:07-cv-5954
**Filer:** The State of California
The California Department of Corrections and Rehabilitations, Division of Juvenile Justice
Kasha Clemons
Ruben Nunez
C. M. Hynnm
David Lowe
**Document Number:** 19

**Docket Text:**
REQUEST for Protective Order for Discovery filed by Defendants The California Department of Corrections and Rehabilitations, Division of Juvenile Justice, The State of California, Kasha Clemons, Ruben Nunez, C. M. Hynnm, David Lowe. (Attachments: # (1) Proposed Order)(Coony, Paul)

**2:07-cv-5954 Notice has been electronically mailed to:**

Paul J Coony    docketinglaawt@doj.ca.gov, docketingLACLS@doj.ca.gov, paul.coony@doj.ca.gov, rene.Lucaric@doj.ca.gov

R Samuel Paz    samuelpaz@msn.com

**2:07-cv-5954 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\JARQUIA\Desktop\ECF Folder\Stipulation and Request for Protective Order.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/18/2008] [FileNumber=5539169-0]

[90023241399caed4142b7c8ee0efb69c374776a79e8d69d6658800e5226f7c593b21
df22b31d72c1cd8c07360307e8394f230562b3bef73621da5617089927b7]]
**Document description:**Proposed Order
**Original filename:**C:\Documents and Settings\JARQUIA\Desktop\ECF Folder\Proposed Order.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/18/2008] [FileNumber=5539169-1]
[629c30ca98fa7b78ce144075328203ff0534e7f1f08b394cdf3b36942ef1730f240b
2df23045cfc4244cb9392b26f62f1e758d03163719325b196c0584dd1031]]